IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JABARI LUCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-090 |
| | ) |
| JOHNNY RABURN, Mayor of Wrens, and | ) |
| JACK HANCOCK, Officer, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 8.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims regarding the July 17, 2017 incident in Jefferson County Jail for failure to state a claim, **DISMISSES** Plaintiff's claims against Mayor Raburn for failure to state a claim, and **DISMISSES** Mayor Raburn from the case.

SO ORDERED this 5th day of August, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA